UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DAVID MCNEE, DEBORAH CARR,** : | |
| **EDINELIS VEGA, IDA DAVIDSON,** : | |
| **ERNESTINE COLEMAN,** : | Civ. No.: 3:19-cv-00035-KAD |
| **TERRILYNNE TRUDEAU and** : | |
| **MATTHEW IBRAHIM** : | |
|     Plaintiffs, : | |
| : | |
| **V.** : | |
| : | FEBRUARY 21, 2019 |
| **RODERICK BREMBY and VEYO, A** : | |
| **Subsidiary of Total Transit, Inc.** : | |
|     Defendants. : | |

## JOINT MOTION TO CONTINUE SETTLEMENT CONFERENCE

The Plaintiffs and the Defendants, (Veyo, LLC, and Roderick Bremby, Commissioner) jointly move to continue the settlement conference scheduled for March 12, 2019 (Docket No. 33) to allow the parties to use that date to further engage in settlement discussion without the utilization of this Court's time and resources.

This is the first motion to extend the date of the March 12 settlement conference, which was scheduled by way of telephone conference with Magistrate Judge Fitzsimmons on February 5, 2019.  (Docket No. 32).  During that telephone conference, the parties committed to exchange information and to meet prior to the settlement conference with the Court in order to narrow the issues of this case and to discuss viable settlement options without utilizing court resources.

That meeting took place over several hours on February 13, 2019, and the parties believe that it was very productive and that significant progress was made.  At the conclusion of the meeting, the parties agreed that it would ultimately result in a more productive settlement conference with the Court if the parties were to meet again without the use of court resources.

1

Accordingly, the parties now jointly move to continue the March 12 settlement conference. The parties would like to instead use that date for a second meeting to continue their independent discussion, and will in the meantime continue to exchange information and explore the viability of potential resolutions discussed during the February 13th meeting. The parties will report the outcome of the March 12 meeting to Magistrate Judge Fitzsimmons' clerk on or before March 29, 2019.

As of the date of this motion, all counsel and clients with settlement authority are available for a rescheduled settlement conference on the following dates: April 23, 24, 25, 29, 30; and May 2, 3, 14.

| | |
|---|---|
| DEFENDANT | DEFENDANT |
| | VEYO, LLC, |
| RODERICK BREMBY, COMMISSIONER | |
| WILLIAM TONG, ATTORNEY GENERAL | |
| BY: | _____/s/ Joseph J. Blyskal_____ |
| | Thomas C. Blatchley ct25892 |
| \_\_/s/\_ Tanya DeMattia_____ | Joseph J. Blyskal ct28055 |
| Henry A. Salton ct07763 | Gordon Rees Scully Mansukhani LLP |
| Assistant Attorney General | 95 Glastonbury Blvd., Suite 206 |
| Tanya DeMattia ctl4996 | Glastonbury, CT 06033 |
| Assistant Attorney General | Tel.: (860) 494-7525 |
| Office of the Attorney General | Fax: (860) 560-0185 |
| 55 Elm Street | tblatchley@grsm.com |
| P.O. Box 120 | jblyskal@grsm.com |
| Hartford, CT 06141-0120 | |
| Tel: (860) 808-5210 | |
| Fax: (860) 808-5385 | |
| henry.salton@ct.gov | |
| tanya.demattia@ct.gov | |
| | |
| \_\_/s/ Kristen Noelle Hatcher_____ | \_\_/s/ James S. Haslam_____ |
| Kristen Noelle Hatcher (ct27002) | James S. Haslam (ct27296) |
| Connecticut Legal Services | Connecticut Legal Services |
| 16 Main Street | 125 Eugene O'Neill Drive, Suite 120 |
| New Britain, CT 06051 | New London, CT 063720 |
| (860) 357-9308 | (860)271-7312 |
| khatcher@connlegalservices.org | jhaslam@connlegalservices.org |

## CERTIFICATION OF SERVICE

I hereby certify that on February 21, 2019 the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this document through the court's CM/ECF System.

    /s/ Tanya DeMattia
Tanya DeMattia
Assistant Attorney General